# United States District Court

## *Southern District of Georgia*

TAMIKA HAYNES

_____
Plaintiff

v.   KILOLO KIJAKAZI

_____
Defendant

Case No.   1:23-cv-00020-JRH-BKE

Appearing on behalf of
PLAINTIFF

_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __22nd__ day of __March__, __2023__.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | David B. Goetz |
| Business Address: | Gonzalez & Goetz, LLC |
| | Firm/Business Name |
| | 2300 NW Corporate Blvd., |
| | Street Address |
| | Suite 244 / Boca Raton / Fl. / 33431 |
| | Street Address (con't) / City / State / Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 / City / State / Zip |
| | 954-764-8989 / 0996416 (Florida) |
| | Telephone Number (w/ area code) / Georgia Bar Number |
| Email Address: | usdcdavid@gglaw.info |