IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| TAMIKA HAYNES, | * | |
| Plaintiff, | * | |
| v. | * | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | * | CV 123-020 |
| Defendant. | * | |

**O R D E R**

Presently before the Court is the Acting Commissioner of Social Security's (the "Commissioner") unopposed motion for entry of judgment and remand. (Doc. 10.) The Commissioner represents that Plaintiff does not oppose this motion. (Id. at 2.) On March 1, 2023, Plaintiff Tamika Haynes filed suit in this Court seeking review of the Commissioner's decision that denied her application for supplemental Social Security benefits. (Doc. 1.) The Commissioner indicates the appropriate action in this case is to reverse that decision and remand the case to the Social Security Administration for further proceedings. (Doc. 10, at 2.)

Under sentence four of 42 U.S.C. § 405(g), the Court has the power "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."

Upon due consideration, pursuant to sentence four of 42 U.S.C. § 405(g), the Court **GRANTS** the Commissioner's motion. (Doc. 10.) The Commissioner's decision is **REVERSED**, and this action is **REMANDED** to the Commissioner for further proceedings. The Clerk **SHALL ENTER JUDGMENT** in favor of Plaintiff, **TERMINATE** all pending motions and deadlines, **REMAND** this action to the Commissioner, and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 11th day of September, 2023.

*/s/ J. Randal Hall*
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA